UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MARES GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. CHARLES, an individual, C.O. GONZALEZ, an individual and DOES 1 through 50, Inclusive,<br><br>    Defendants. | No. 1:23-cv-01442-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, AS DUPLICATIVE<br><br>Doc. 6 |

    Plaintiff Andy Mares Gomez ("Gomez") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Gomez initiated this action in Kern County Superior Court on March 13, 2023, and he filed a First Amended Complaint ("FAC") against defendants Charles and Gonzalez on July 28, 2023. Docs. 1-1 and 1-4. Defendant Charles removed the action to this court on October 5, 2023, and defendant Gonzalez consented in the removal. Doc. 1 at 1. Plaintiff and defendants also filed a joint stipulation consenting to removal. Doc. 3.

    On October 12, 2023, the assigned magistrate judge ordered Gomez to show cause why this case should not be dismissed as duplicative of the claims brought in an earlier-filed action, *Gomez v. Gonzalez, et al.* ("*Gomez I*"), Case No. 1:22-cv-00977-HBK, which remains pending in

this court. Doc. 5. Gomez was directed to show cause within twenty-one (21) days why this action should not be dismissed as duplicative. *Id.* Gomez failed to respond to the court's order. *See* docket. On November 7, 2023, the magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of *Gomez I*. Doc. 6. The parties were served with the findings and recommendations, which contained notice that any objections were due within fourteen (14) days after service. *Id*. at 3–4. No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 7, 2023 (Doc. 6) are ADOPTED in FULL;
2. Defendants' request for screening (Doc. 4) is denied as moot;
3. This action is DISMISSED, without prejudice, as duplicative of *Gomez v. Gonzalez, et al.*, Case No. 1:22-cv-00977-HBK; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 26, 2024

_____
UNITED STATES DISTRICT JUDGE